```
                    FILED
               U.S. DISTRICT COURT

               2000 MAR -9  P 4: 50

               LORETTA G. WHYTE
```

MINUTE ENTRY
ROBY, M.J.
March 8, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELISEO CUELLAR | CIVIL ACTION |
| VERSUS | NO: 00-0110 |
| THREE RIVERS F C I, ET AL | SECTION: "S" (4) |

### BRIEFING ORDER

ELISEO CUELLAR has applied to this court for a **Writ of Habeas Corpus**. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana, the United States Immigration and Naturalization Service for the New Orleans District, and the United States Attorney General.

The United States Attorney for the Eastern District of Louisiana, the United States Immigration and Naturalization Service for the New Orleans District and the United States Attorney General are ordered to file on or before May 20, 2000, with this court, an answer containing a written statement of the government's position concerning the petitioner's application and a list of citations of authorities upon which the government relies.

New Orleans, Louisiana, this 8th day of March 2000.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY   MAR 10 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No. ___