FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 17 A 9: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELISEO CUELLAR                           CIVIL ACTION

VERSUS                                    NO: 00-0110

THREE RIVERS FCI, ET AL                   SECTION: "S" (4)


ORDER OF TRANSFER

It appears from the record that the above captioned case involves subject matter that comprises a material part of the subject matter of *U.S.A. v. Tran, et al*, Criminal Action No. 98-155, a case before Judge Stanwood R. Duval, Jr. IT IS ORDERED that this case be and hereby is TRANSFERRED to Judge Stanwood R. Duval, Jr., Section K, of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this 15th day of March, 2000.

MAR 17 2000

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

TRANSFERRED TO           SECT. K           DATE OF ENTRY
                                           MAR 17 2000

Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
Doc.No. 3