FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 17 P 3:44

LORETTA G. WHYTE
CLERK

USAO No. 1997R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELISEO CUELLAR | * | CIVIL ACTION |
| v. | * | NUMBER: 00-0110 |
| THREE RIVERS F.C.I., ET AL | * | SECTION: "S" (4) |

\* \* \*

**MOTION AND INCORPORATED MEMORANDUM
TO DISMISS APPLICATION FOR HABEAS CORPUS
FILED UNDER TITLE 28, UNITED STATES CODE,
SECTION 2241, DUE TO LACK OF JURISDICTION**

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney and with respect represents:

1. The defendant is currently incarcerated in the Federal Correctional Institution at Three Rivers, Texas, which is outside the Eastern District of Louisiana.

2. The petition is brought under Title 28, United States Code, Section 2241 and names the Warden of the Three Rivers Federal Correctional Institution as the defendant and requests that the Court require the Bureau of Prisons to reduce the defendant's term

DATE OF ENTRY
MAR 24 2000

Fee____
Process__
X Dktd__
CtRmDep__
Doc.No.__

of imprisonment based upon an application of Title 18, United States Code, Section 3621(e)(2)(B). A petition under Title 28, United States Code, Section 2241, is the appropriate vehicle to raise this type of issue. See <u>Rublee v. Fleming</u>, 160 F.3d 213 (5th Cir. 1998). Section 2241 is the proper vehicle to attack the manner in which a sentence is being executed. <u>Ojo v. INS</u>, 106 F.3d 680, 683 (5th Cir. 1997).

3. This Court cannot entertain this 2241 Petition since "[t]he claimant must file that petition in the district where he is incarcerated; if the claimant files in another district, that court has no jurisdiction to hear the petition." <u>United States v. Mares</u>, 868 F.2d 151, 151-52 (5th Cir. 1989), citing <u>United States v. Garcia-Gutierrez</u>, 835 F.2d 585, 586 (5th Cir. 1988). Accord <u>Hooker v. Sivley</u>, 187 F.3d 680, 82 (5th Cir. 1999).

**WHEREFORE,** the United States moves that the 2241 Petition filed in this district be dismissed without prejudice to the defendant to file such petition in the district in which he is incarcerated. The United States also moves that it be relieved of

the obligation of answering the 2241 Petition until this Court has ruled on this Motion to Dismiss.

                Respectfully submitted,

                EDDIE J. JORDAN, JR.
                UNITED STATES ATTORNEY

                _____
                ROBERT J. BOITMANN (3190)
                Assistant United States Attorney
                Senior Litigation Counsel
                Hale Boggs Federal Building
                501 Magazine Street, Room 210
                New Orleans, LA  70130
                Telephone: (504) 680-3059

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon **defendant Eliseo Cuellar**, #25928-034, Three Rivers Federal Correctional Institution, Post Office Box 4200, Three Rivers, Texas 78071, by first-class United States Mail, properly addressed and postage prepaid this 17th day of March, 2000.

_____
ROBERT J. BOITMANN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NUMBER: 00-0110 |
| THREE RIVERS F.C.I., ET AL | * | SECTION: "S" (4) |
| | * * * | |

O R D E R

**IT IS HEREBY ORDERED** that the petitioner has until the *12th* day of *April*, 2000, to file his response to the Motion by the United States to Dismiss his Application for Habeas Corpus Filed Under Title 28, United States Code, Section 2241.

**IT IS FURTHER ORDERED** that the United States is relieved of the obligation of answering the 2241 Petition pending this Court's disposition of the Motion to Dismiss.

*The Matter is set for hearing without oral argument.*

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

- 4 -