

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ELISEO CUELLAR                                    CIVIL ACTION

VERSUS                                            NO:      00-0110

THREE RIVERS FCI, ET AL                           SECTION: "K" (4)


## REPORT AND RECOMMENDATION

On April 10, 2000, the United States of America filed a **Motion and Incorporated Memorandum to Dismiss or in the Alternative, Motion to Transfer (doc# 5)** which was referred to the United States Magistrate Judge to conduct hearings, including an Evidentiary Hearing, if necessary, and to submit Proposed Findings and Recommendations for disposition pursuant to 28 United States Code § 636(b)(1)(B) and (C), and as applicable, Rule 8(b) of the **Rules Governing Section 2241 Cases**. Upon review of the entire record, the Court has determined that this matter can be disposed of without an Evidentiary Hearing. Accordingly, it is recommended that **the Court transfer the subject matter to the Southern District of Texas**.

I.    **Procedural History**

Cuellar filed the subject § 2241 habeas application challenging the rulings of the United States Bureau of Prisons finding him ineligible for a sentence reduction authorized by the Violent

DATE OF MAILING **MAY 1 2 2000**

DATE OF ENTRY

MAY 1 2 2000



Crime Control and Law Enforcement Act of 1994 ("Violent Crime Act"), 18 U.S.C. §

3621(e)(2)(B), for successful completion of a drug treatment program by a prisoner convicted of

a "nonviolent offense."

Eliseo Cuellar, is a federal prisoner serving a 45-month sentence for conspiracy to possess

with the intent to distribute marijuana. He is currently in the custody of the Three Rivers

Correctional Institute in the Southern District of Texas. The United States filed the subject

Motion to Dismiss/ Transfer contending that venue is proper only in the Southern District of

Texas.

## II.    Analysis

The Court notes that Cuellar does not challenge his conviction or sentence but the

execution of the sentence. Cuellar's claim is therefore cognizable under § 2241.

Under the law of this circuit governing § 2241 habeas corpus jurisdiction, the district

court is required to have jurisdiction over the petitioner's custodian. See also *United States v.*

*Gabor*, 905 F.2d 76, 78 (5th Cir.1990); *Blau v. United States*, 556 F.2d 526, 528 (5th Cir.1978).

Cuellar is confined to Three Rivers Federal Correctional Institution which is located in

Three Rivers, Texas. Three Rivers Federal Correctional Institution is located in the Southern

District of Texas.[1]

Further, although he is an alien, he is not in the custody of the Immigration and

Naturalization Service. See Affidavit of Government, Exhibit A. Cuellar is in custody serving

his original 45-month sentence.

---

[1]The undersigned Magistrate Judge verified that Three Rivers Correctional is in the Southern District of Texas.

**The Motion to Dismiss (doc# 5) is DENIED.** The government's *alternative request to* **TRANSFER this matter is GRANTED.** Pursuant to Title 28 U.S.C. 2241 this matter should be **TRANSFERRED to the Southern District of Texas.**

## III.   RECOMMENDATION

For all the foregoing reasons, it is recommended that the above-captioned case be **TRANSFERRED** to the United States District Court for the Southern District of Texas.

A party's failure to file written objections to the Proposed Findings, Conclusions, and Recommendation in a Magistrate Judge's Report and Recommendation within ten **(10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the Unobjected-to Proposed Factual Findings and Legal Conclusions accepted by the District Court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this _11_ day of May 2000.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE