FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -9  A  9: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELISEO CUELLAR** | **CIVIL ACTION** |
| **VERSUS** | **NO:    00-0110** |
| **THREE RIVERS FCI, ET AL** | **SECTION: "K" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that petitioner's application for writ of habeas corpus is hereby transferred to the United States District Court for the Southern District of Texas pursuant to provisions of Title 28 U.S.C. § 2241.

New Orleans, Louisiana, this ___ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

JUN 1 2 2000

___ Fee _____
___ Process _____
X ___ Dktd _____
___ CtRmDep _____
___ Doc.No. _____